UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JEFFRY CARMONA, a/k/a "El Gordo," )<br>FNU LNU, a/k/a "NATACHA," )<br>MIGUEL POLANCO, )<br>)<br>Defendants. ) | Criminal No. 22-mj-6074-MPK |

GOVERNMENT'S MOTION TO PARTIALLY UNSEAL COMPLAINT AND FILE REDACTED COMPLAINT

The Government hereby moves this Court to direct that the Complaint and related paperwork be unsealed as to defendants JEFFRY CARMONA, a/k/a "El Gordo," FNU LNU, a/k/a "NATACHA," and MIGUEL POLANCO. In support of this motion, the Government states that these defendants were arrested on March 11, 2022, and that there is no further reason to keep the Complaint secret from them. There is another defendant who has not been arrested, and the government requests that this Court file the attached redacted complaint and supporting affidavit. As grounds, the government states that filing an unredacted version may alert the defendant not yet in custody and jeopardize the government's ability to arrest them.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By: /s/ Stephen W. Hassink
STEPHEN W. HASSINK
Assistant U.S. Attorney

Dated: March 11, 2022